This memorandum is uncorrected and subject to revision before
publication in the New York Reports.
----------------------------------------------------------------

No. 194
In the Matter of Patrolmen's
Benevolent Association of the
City of New York, Inc., et al.,
            Appellants,
        v.
City of New York, et al.,
            Respondents.

        Submitted by Ronald G. Dunn, for appellants.
        Submitted by Ellen Ravitch, for respondents.
        Harry Nespoli, amicus curiae.

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

Order reversed, without costs, and matter remitted to Supreme
Court, New York County, with directions to dismiss the proceeding
upon the ground of mootness (see Matter of Hearst Corp. v Clyne,
50 NY2d 707, 718 [1980]).  Chief Judge Lippman and Judges Pigott,
Rivera, Abdus-Salaam, Stein and Fahey concur.

Decided October 27, 2015